**No. 64059.**—Ajax Distributors, Inc., by: W. R. Zanes & Company et al. *v.* United States, protests 320904–K, etc. (Galveston).

Opinion by RICHARDSON, J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, APRIL 5, 1960

**No. 64060.**—Canada Dry Ginger Ale Co. et al. *v.* United States, protests 715783–G, etc. (San Francisco).

Opinion by RICHARDSON, J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, APRIL 6, 1960

**No. 64061.**—D. & B. Import Corp. et al. *v.* United States, protests 736566–G, etc. (New York).

Opinion by RICHARDSON, J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, APRIL 8, 1960

**No. 64062.**—Jacob Holm & Sons, Inc., et al. *v.* United States, protests 58/10514, etc. (Galveston).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of loosely twisted ropelike material the same in all material respects as that the subject of *General Twine Corp.* v. *United States* (42 Cust. Ct. 121, C.D. 2075), the claim of the plaintiffs was sustained.

No. 64063.—General Twine Corporation et al. v. United States, protests 59/18826, etc. (Galveston).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of loosely twisted ropelike material the same in all material respects as that the subject of *General Twine Corp.* v. *United States* (42 Cust. Ct. 121, C.D. 2075), the claim of the plaintiffs was sustained.

No. 64064.—Horrockses (U.S.A.), Inc. v. United States, protest 59/19858 (New York).

Opinion by RAO, J. The protest was dismissed.

No. 64065.—Horrockses (U.S.A.), Inc. v. United States, protest 59/20208 (New York).

Opinion by RAO, J. The protest was dismissed.

No. 64066.—Home Lines Agency, Inc. v. United States, protest 59/20617 (New York).

Opinion by RAO, J. The protest was dismissed.

No. 64067.—Horrockses (U.S.A.), Inc. v. United States, protest 59/21093 (New York).

Opinion by RAO, J. The protest was dismissed.

No. 64068.—Horrockses (U.S.A.), Inc. v. United States, protest 59/21094 (New York).

Opinion by RAO, J. The protest was dismissed.

No. 64069.—Ford Motor Company v. United States, protest 59/18782 (New York).